UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:14-CV-90-R

ROBERT McBRIDE                                                        PLAINTIFF

V.

CSX TRANSPORTATION, INC.                                 DEFENDANT

## *ORDER OF DISMISSAL*

The Court has been informed that a settlement has been reached.

**IT IS ORDERED** that said action is **DISMISSED** from the docket. If settlement is not concluded within 45 days any party may move to have the case reinstated on the docket.

cc: Counsel